**ARENZ, MOLTER, MACY, RIFFLE, LARSON & BITAR**

MUNICIPAL LAW & LITIGATION GROUP, S.C.
730 N. GRAND AVENUE
WAUKESHA, WISCONSIN 53187
Telephone (262)548-1340
Facsimile (262)548-9211
Email: rbitar@ammr.net

DALE W. ARENZ, RETIRED
DONALD S. MOLTER, JR., RETIRED
JOHN P. MACY
 COURT COMMISSIONER
H. STANLEY RIFFLE
 COURT COMMISSIONER
ERIC J. LARSON
REMZY D. BITAR

PAUL E. ALEXY
R. VALJON ANDERSON
MATTEO REGINATO
LUKE A. MARTELL
SAMANTHA R. SCHMID
STEPHEN J. CENTINARIO, JR.
TIMOTHY A. SUHA

October 24, 2018

Judge Barbara Crabb
United States District Court
120 N. Henry St., Rm 320
Madison, WI 53703

Re:   Hoeppner vs. Marathon Co.
      Case No. 17- CV- 430

Dear Judge Crabb:

I write on behalf of both parties in this action, with Plaintiff Roger Hoeppner appearing on behalf of Attorney Jeff Scott Olson.

I write because the parties attended a mediation in Eau Claire yesterday. The mediator, Attorney David Richie, was able to bring the parties to a successful resolution of this matter. We anticipate completing all necessary steps, including obtaining final approval from the County for the settlement, completing the settlement agreement and filing the Stipulation of Dismissal, in the next 30 days.

Both Jeff and I returned from Eau Claire last evening and intended to inform you of the settlement this morning. Should you have any questions, we would be happy to answer the same. Thank you.

Yours very truly,

*s/Remzy D. Bitar*

Remzy D. Bitar